1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   BLAINE I. GREEN  # 193028
2  blaine.green@pillsburylaw.com
   CYDNEY M. TUNE  # 99806
3  cydney.tune@pillsburylaw.com
   JEFFREY S. JACOBI # 252884
4  jeffrey.jacobi@pillsburylaw.com
   50 Fremont Street, Fifth Floor
5  Post Office Box 7880
   San Francisco, CA  94120-7880
6  Telephone: (415) 983-1000 / Facsimile: (415) 983-1200

7  Attorneys for Plaintiff
   THE HOSPITAL COMMITTEE FOR
8  THE LIVERMORE-PLEASANTON AREAS

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12
   THE HOSPITAL COMMITTEE FOR THE          )   No.  3:11-cv-02597-SI
13 LIVERMORE-PLEASANTON AREAS, a           )
   California corporation, d/b/a ValleyCare )   PLAINTIFF'S CASE MANAGEMENT
14 Health System,                           )   CONFERENCE STATEMENT; REQUEST
                                            )   FOR CONTINUANCE
15                     Plaintiff,           )
                                            )
16         vs.                              )
                                            )   Judge:   Hon. Susan Illston
17 COMMUNITY HEALTH SYSTEMS, INC.,          )   Dept:    10, 19th Floor
   a Delaware corporation; YOUNGSTOWN       )   Date:    September 9, 2011
18 OHIO HOSPITAL CO., a Delaware limited    )   Time:    2:30 p.m.
   liability company, d/b/a ValleyCare Health )
19 System; and Does 1-50, inclusive,        )
                                            )
20                     Defendants.          )
                                            )
21

22

23

24

25

26

27

28

1	Plaintiff, The Hospital Committee for the Livermore-Pleasanton Areas ("Plaintiff"),
2	submits this case management conference statement to apprise the Court of the status of this
3	matter.
4	Plaintiff filed its complaint on May 31, 2011.  Pursuant to Federal Rule of Civil
5	Procedure 4(m), Plaintiff has until September 28, 2011 to serve the complaint on
6	defendants.  In light of settlement discussions among the parties, Plaintiff has deferred
7	serving the complaint, and the parties have recently entered into a settlement agreement
8	with respect to the claims at issue herein.  Assuming the settlement agreement is performed
9	as promised, Plaintiff anticipates dismissing its complaint on or before September 30, 2011.
10	Accordingly, Plaintiff respectfully requests that the case management conference in
11	this matter. which is currently set for September 9, 2011 at 2:30p.m., be continued an
12	additional forty-five (45) days to a date that is convenient for this Court.
13	Dated: September 2, 2011.

PILLSBURY WINTHROP SHAW PITTMAN LLP
BLAINE I. GREEN
CYDNEY M. TUNE
JEFFREY S. JACOBI
50 Fremont Street, Fifth Floor
Post Office Box 7880
San Francisco, CA  94120-7880

By _____/s/ *Jeffrey S. Jacobi*_____
         Jeffrey S. Jacobi
Attorneys for Plaintiff
THE HOSPITAL COMMITTEE FOR THE
LIVERMORE-PLEASANTON AREAS

The case management conference is continued to Friday, November 18, 2011, at 2:30 p.m.

IT IS SO ORDERED
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA